# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CHERYL WOOD, an individual, | ) |
| Plaintiff, | ) Case No.: 4:21-cv-00102-RSB-CLR |
| v. | ) ORDER GRANTING PARTIES' JOINT MOTION TO STAY ALL DEADLINES |
| LANIER COLLECTION AGENCY AND SERVICE, INC., a Georgia Corporation; SOUTH GEORGIA RADIOLOGY ASSOCIATES, LLC, a Georgia Limited Liability Company; and APTUS ASSOCIATES LLC, a Georgia Limited Liability Company, | ) |
| Defendants. | ) |

## ORDER GRANTING PARTIES' JOINT MOTION TO STAY ALL DEADLINES

The Court hereby **GRANTS** the Parties' joint motion to stay all deadlines for a period of 90 days. Accordingly, all deadlines in this case are stayed for a period of 90 days while the parties consummate the settlement.

IT IS SO ORDERED, this 30th day of September, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Order Prepared By:

/s/ John William Nelson
John William Nelson
*Pro Hac Vice*
Georgia Bar No. 920108
*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.    404.348.4462
Fax.   404.549.6765